## WALKER V. THE STATE.

### *Gaming.*

(Decided May 11th, 1906. 41 So. Rep. 176.)

APPEAL from Macon County Court.

Heard before Hon. M. B. ABERCROMBIE.

H. B. MERRITT, for appellant. MASSEY WILSON, Attorney-General for State.

Affirmed. Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## JACKSON V. THE STATE.

### *Murder.*

(Decided May 19th, 1906. 41 So. Rep. 178.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

GEORGE BONDURANT, for appellant. MASSEY WILSON, Attorney-General for State.

Affirmed. Opinion by HARALSON, J.

WEAKLEY, C. J., and DOWDELL and SIMPSON, JJ., concur.

---

## WARE V. THE STATE.

### *Murder.*

(Decided May 17th, 1906. 41 So. Rep. 181.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

W. T. STEWART and W. K. TERRY, for appellant. MASSEY WILSON, Attorney-General, for State.

Affirmed. Opinion by HARALSON, J.

WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.